**Opinion filed July 28, 2011**



## In The

# Eleventh Court of Appeals

_____

## No. 11-11-00032-CV

_____

### PERMIAN MATTRESS MANUFACTURING, INC.
### AND STEVEN BURT HERRIN, Appellants
### V.
### MARVIN ARMOCK, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV-44,676**

### M E M O R A N D U M   O P I N I O N

Permian Mattress Manufacturing, Inc. and Steven Burt Herrin are the appellants in this appeal. They have filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellants state that they "no longer desire to proceed with the appeal, and such dismissal will not prevent any other party from seeking appellate relief to which it would otherwise be entitled." Therefore, in accordance with appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

July 28, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Hill, J.[1]

---

[1]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.